ELKHART COUNTY SUPERIOR COURT 5

STATE OF INDIANA         )
                         ) SS
ST. JOSEPH COUNTY        )

CHRISTINA SAR RODRIGUEZ       )
                              )
    Plaintiff                 )
                              )
v.                            )
                              )
MIDWEST AUTOMOTIVE DESIGN     )
                              )
    Defendant                 )

## COMPLAINT

Plaintiff, Christina Sar Rodriguez, by counsel, and by way of her Complaint against Defendant, Midwest Automotive Design, (Midwest Automotive) and states as follows:

1. Plaintiff, Christina Sar Rodriguez (Rodriguez) brings this action to remedy acts of employment discrimination, sexual harassment, and retaliation perpetrated against her by Midwest Automotive. Plaintiff contends that she was sexually harassed by two male employee of the company, and she was retaliated against, when her employment was terminated.

2. Rodriguez is bringing this proceedings within the time limits as identified in the Equal Employment Opportunity Commission right to sue letter, issued under mailing date of July 28, 2023. A true and accurate copy of the aforesaid letter is attached hereto, marked as Plaintiff's Exhibit 1, and made a part hereof.

4. Rodriguez began working for Midwest Automotive approximately November 28, 2022.

5. From November 28, 2022, Rodriguez never had any issues during her employment.

6. Approximately March 2023, she contacted Kyle Dickey that she did not feel safe working with another employee who had threatened to fight her and they were separated.

7. After seeing Rodriguez was upset about the situation, another supervisor took advantage of Rodriguez by groping and hugging Rodriguez without her permission.

8. After multiple scenarios of being touched and invited on dates, Rodriguez reported the sexual harassment to Human Resources on June 16, 2023.

9. No action was taken against the male supervisor nor was there an investigation. Rodriguez made separate but similar complaints of sexual harassment to a third party investigatory service called Lighthouse. This complaint along with Rodriguez's scheduled interview with the EEOC was forwarded to Human Resources on June 26, 2023. Rodriguez's employment was terminated on July 26, 2023.

## COUNT I - DISCRIMINATION

10. Defendants have engaged in intentional sex discrimination in terms of conditions of the Plaintiff's employment including but not limited to, the Plaintiff's termination.

11. The plaintiff has satisfied all statutory prerequisites for filing this action.

12. Defendant's discriminatory conduct has caused Plaintiff to suffer a loss of pay and benefits.

13. Defendant's actions have caused Plaintiff to suffer mental and emotional distress entitling her to compensatory damages.

14. Defendant has engaged in discriminatory practices with malice and reckless indifference to Plaintiff.

## COUNT II - RETALIATION

15. Plaintiff incorporates as fully set forth all of the allegations previously written.

16. Defendant, by and through its officers, managing agents, and/or its supervisors illegal retaliated against Plaintiff by unjustly subjecting her to unjust scrutiny, false allegations of misconduct and/or poor performed, and inappropriate disciplinary action, including termination. Solely became she had rebuked and reported the aforementioned sexual harassment.

17. As a direct and proximate result of Defendant's willful, knowing and intentional discrimination and retaliation against Plaintiff, Plaintiff has suffered and will continue to suffer pain, humiliation and emotional distress. Plaintiff has suffered and will continue to suffer a loss of earning and other employment benefits.

WHEREFORE, Plaintiff, by counsel, request judgment against the Defendant, in an amount adequate to compensate her for her damages, for cost of this action and for all other just and proper relief.

/s/ Myra R. Reid
Myra R. Reid    (#35583-71)
ANDERSON, AGOSTINO & KELLER
131 S. Taylor Street
South Bend, IN. 46601
Telephone: (574) 288-1510

Filed: 11/1/2023 11:50 AM
Elkhart Superior Court 5
Elkhart County, Indiana



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/28/2023

**To:** Ms. Christina Rodriguez
1814 Connecticut Avenue
ELKHART, IN 46514
Charge No: 470-2023-03065

EEOC Representative and email:   FREDERICK BRUBAKER
Enforcement Supervisor
frederick.brubaker@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2023-03065.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
07/28/2023
Michelle Eisele
District Director



cc:
Lisa Owens
lisa.owens@revgroup.com

Please retain this notice for your records.