AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRISTINA SAR RODRIGUEZ
    Plaintiff

v.   **Civil Action No.**   3:23cv1050

REV RECREATION GROUP INC
*doing business as*
Midwest Automotive Designs LLC
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

**X** decided by Judge Damon R. Leichty.

DATE:     8/28/2025          CHANDA J. BERTA, CLERK OF COURT
                                                by     s/R. Figueroa _____
                                                                                  *Signature of Clerk or Deputy Clerk*